Roberta L. Steele, CA Bar No. 188198
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

John F. Stanley, WA Bar No. 15418
Teri Healy, D.C. Bar No. 978319
May R. Che, NY Bar No. 4255378
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Fax: 206-220-6911
teri.healy@eeoc.gov
Tel: 206-576-3018
may.che@eeoc.gov
Tel: 206-576-3011

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JIVARO PROFESSIONAL HEADHUNTERS, LLC<br><br>Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT |

EEOC v. Jivaro Professional Headhunters, LLC
COMPLAINT
Page 1 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

## NATURE OF THE ACTION

This is an action under Title I and Title V of the Americans with Disabilities Act, as amended by the ADA Amendments Act of 2008, 42 U.S.C. § 12101 *et. seq.*, to correct unlawful retaliation and to provide appropriate relief to Charging Party Felicia Bauer who was adversely affected by such practices. The Equal Employment Opportunity Commission ("EEOC" or "Commission") alleges that Jivaro Professional Headhunters, LLC ("Defendant") retaliated against Ms. Bauer for filing a charge of disability discrimination with the EEOC in violation of the ADA.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1) and (3) and 2000e-6 ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Idaho.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. 2000e-5(f)(1).

EEOC v. Jivaro Professional Headhunters, LLC
COMPLAINT
Page 2 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

4. At all relevant times, Defendant has continuously been doing business in the State of Idaho and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6. At all relevant times, Defendant has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## ADMINISTRATIVE PROCEDURES

7. More than thirty (30) days prior to the institution of this lawsuit, Charging Party Felicia Bauer (formerly known as Felicia Heywood) filed a charge with the EEOC alleging violation of Title I of the ADA by Defendant.

8. On April 10, 2020, the Commission issued to Defendant a Letter of Determination in regard to Ms. Bauer's charge finding reasonable cause to believe that Title I of the ADA was violated and inviting Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

9. The Commission engaged in communications with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the Letter of Determination.

10. The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

11. On September 4, 2020, the Commission issued to Defendant a Notice of Failure of Conciliation.

EEOC v. Jivaro Professional Headhunters, LLC
COMPLAINT
Page 3 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

12. All conditions precedent to the institution of this lawsuit have been fulfilled.

STATEMENT OF CLAIMS

13. Since at least April 10, 2019, Defendant has engaged in unlawful employment practices in violation of Section 503(a) of Title V of the ADA, 42 U.S.C. §12203(a). Defendant discriminated against Ms. Bauer, a qualified individual with a disability, when it retaliated against her for engaging in protected activity by providing a negative job reference to a potential employer and by filing a lawsuit against Ms. Bauer for filing a charge with EEOC .

14. In or about April 2018, Ms. Bauer began working for Defendant as a Recruiter at its Hailey, Idaho location.

15. On October 16, 2018, Defendant discharged Ms. Bauer.

16. After Defendant terminated Ms. Bauer's employment, Ms. Bauer filed a charge of discrimination with EEOC on February 11, 2019 alleging that she was discharged unlawfully on the basis of disability.

17. On or about April 10, 2019, Jivaro provided a negative job reference to a potential employer of Ms. Bauer by providing false and misleading information about Ms. Bauer's employment history at Jivaro and the circumstances leading to her discharge.

18. On November 12, 2019, Jivaro filed a lawsuit in Idaho State court against Ms. Bauer. Defendant's lawsuit alleged that Ms. Bauer had defamed Defendant and breached her employment contract with Defendant when Ms. Bauer filed an EEOC charge instead of complaining to Defendant directly regarding the alleged discriminatory discharge.

19. On December 12, 2019, Ms. Bauer filed the charge of discrimination referenced in paragraph 7 above alleging retaliation by Defendant.

EEOC v. Jivaro Professional Headhunters, LLC
COMPLAINT
Page 4 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

20. The effect of the practices complained of in paragraphs 14-18 above has been to deprive Ms. Bauer of equal employment opportunities and otherwise adversely affect her status as an employee for participating in activity protected by Title V of the ADA, to wit, filing a charge of discrimination with the Equal Employment Opportunity Commission.

21. The unlawful employment practices complained of in paragraphs 14-18 above were and are intentional.

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, agents, successors, assigns, and all persons in active concert or participation with it, from engaging in retaliation against employees for engaging in a protected activity under Title V of the ADA.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Ms. Bauer by providing appropriate back pay with interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant to make whole Ms. Bauer by providing compensation for past pecuniary losses resulting from the unlawful employment practices described in paragraphs 14-18 above, including past out-of-pocket losses, in amounts to be determined at trial.

E. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

EEOC v. Jivaro Professional Headhunters, LLC
COMPLAINT
Page 5 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

DATED this 30th day of September 2020.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

BY: */s/ Roberta L. Steele*

| | |
|---|---|
| ROBERTA L. STEELE<br>CA Bar No. 188198<br>Regional Attorney<br>EEOC San Francisco District Office<br>450 Golden Gate Ave, 5th Floor West<br>P.O. Box 36025<br>San Francisco, CA 94102<br>roberta.steele@eeoc.gov<br>Tel: 650-684-0939 | SHARON FAST GUSTAFSON<br>General Counsel<br><br>ROBERT A. CANINO<br>Acting Deputy General Counsel<br><br>GWENDOLYN Y. REAMS<br>Associate General Counsel<br>Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C. 20507 |

EEOC Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Fax: 206-220-6911

BY: */s/ John F. Stanley*
JOHN F. STANLEY
WA Bar No. 15418
Supervisory Trial Attorney
john.stanley@eeoc.gov
Tel: 206-576-3006

BY: */s/ May R. Che*
MAY R. CHE
NY Bar No. 4255378
Senior Trial Attorney
may.che@eeoc.gov
Tel: 206-576-3018

BY: */s/ Teri Healy*
TERI HEALY
D.C. Bar No. 978319
Senior Trial Attorney
teri.healy@eeoc.gov
Tel: 206-576-3011

Attorneys for Plaintiff EEOC

EEOC v. Jivaro Professional Headhunters, LLC
COMPLAINT
Page 6 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 30th day of September, 2020

*/s/ Rebecca Eaton*
REBECCA EATON
Paralegal Specialist
EEOC Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone: 206-576-3028
Email: rebecca.eaton@eeoc.gov

EEOC v. Jivaro Professional Headhunters, LLC
COMPLAINT
Page 7 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882